## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Thornton, Jocelyn C

Printed: 10/29/08

Case Number:  07 B 03100
Judge:  Wedoff, Eugene R
Filed:  2/22/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Ch 7 Conversion:  September 11, 2008
Confirmed:  April 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,625.00 |  |
| Secured: |  | 3,042.37 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,266.28 |
| Trustee Fee: |  | 316.35 |
| Other Funds: |  | 0.00 |
| Totals: | 5,625.00 | 5,625.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,454.00 | 2,266.28 |
| 2. | Ford Motor Credit Corporation | Secured | 9,526.28 | 3,042.37 |
| 3. | Asset Acceptance | Unsecured | 31.62 | 0.00 |
| 4. | Corporate America Family CU | Unsecured | 7.00 | 0.00 |
| 5. | Capital One | Unsecured | 103.55 | 0.00 |
| 6. | Cokesbury | Unsecured | 30.00 | 0.00 |
| 7. | United States Dept Of Education | Unsecured | 10,496.36 | 0.00 |
| 8. | Check Into Cash | Unsecured | 71.52 | 0.00 |
| 9. | Corporate America Family CU | Unsecured | 140.29 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 18.74 | 0.00 |
| 11. | Jefferson Capital | Unsecured | 20.69 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 152.59 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 26.41 | 0.00 |
| 14. | National City Mortgage Co | Secured |  | No Claim Filed |
| 15. | Amo Recoveries | Unsecured |  | No Claim Filed |
| 16. | Amo Recoveries | Unsecured |  | No Claim Filed |
| 17. | Geico Direct | Unsecured |  | No Claim Filed |
| 18. | Check Into Cash | Unsecured |  | No Claim Filed |
| 19. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 20. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 21. | Cokesbury | Unsecured |  | No Claim Filed |
| 22. | AFNI | Unsecured |  | No Claim Filed |
| 23. | Financial Recovery | Unsecured |  | No Claim Filed |
| 24. | Credit Collection | Unsecured |  | No Claim Filed |
| 25. | ICS | Unsecured |  | No Claim Filed |
| 26. | AFNI | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Thornton, Jocelyn C

Printed: 10/29/08

Case Number:  07 B 03100

Judge:  Wedoff, Eugene R

Filed:  2/22/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | CRA | Unsecured | | No Claim Filed |
| 28. | Maf Coll Svc | Unsecured | | No Claim Filed |
| 29. | Jeffcapsys | Unsecured | | No Claim Filed |
| 30. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 31. | Riscuity | Unsecured | | No Claim Filed |
| 32. | Maf Coll Svc | Unsecured | | No Claim Filed |
| 33. | Harris & Harris | Unsecured | | No Claim Filed |
| 34. | Midland Credit Management | Unsecured | | No Claim Filed |
| 35. | Palos Community Hospital | Unsecured | | No Claim Filed |
| 36. | Omni Credit Service | Unsecured | | No Claim Filed |
| 37. | Orland Park Dental Assoc | Unsecured | | No Claim Filed |
| 38. | Notte & Kreyling | Unsecured | | No Claim Filed |
| 39. | Orland Park Dental Assoc | Unsecured | | No Claim Filed |
| 40. | Scana Energy Marketing | Unsecured | | No Claim Filed |
| 41. | Protocol Recovery Service | Unsecured | | No Claim Filed |
| 42. | Receivables Management Inc | Unsecured | | No Claim Filed |
| 43. | Lou Harris | Unsecured | | No Claim Filed |
| 44. | South Suburban Hospital | Unsecured | | No Claim Filed |
| 45. | Palos Community Hospital | Unsecured | | No Claim Filed |
| 46. | Rdk Collection Service | Unsecured | | No Claim Filed |
| 47. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 48. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| | | | $ 23,079.05 | $ 5,308.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 243.00 |
| 6.5% | 58.50 |
| 6.6% | 14.85 |
| | $ 316.35 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

